NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ANTHONY P. SCHMIDT, JR.,
*Plaintiff-Appellant,*

v.

VERSACOMP, INC. (DOING BUSINESS AS TNT LIFT SYSTEMS), AND RICHARD ULRICH,
*Defendants-Cross Appellants.*

---

2011-1295, -1341

---

Appeals from the United States District Court for the Southern District of Florida in case no. 08-CV-60084, Judge Adalberto Jordan.

---

## ON MOTION

---

Before NEWMAN, LINN, and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Versacomp, Inc. and Richard Ulrich (Versacomp) move without opposition for the second time to dismiss Anthony P. Schmidt, Jr.'s appeal for failure to file a brief.

Versacomp previously moved to dismiss the appeal due to Schmidt's failure to file a brief. Rather than dismissing the appeal, this court allowed Schmidt to file a brief no later than October 11, 2011. This court gave Schmidt a strong warning that failure to file a brief by the extended deadline may result in dismissal of his appeal. Schmidt has not filed a brief, nor has he requested an extension of time to file.

Upon consideration thereof,

IT IS ORDERED THAT:

Versacomp's motion to dismiss is granted.

FOR THE COURT

JAN 1 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Anthony P. Schmidt, Jr.
   John F. Bradley, Esq.

s24

Issued As A Mandate: JAN 1 2 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 2 2012

JAN HORBALY
CLERK